UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------ X
                                                             :
UNITED STATES OF AMERICA,                                    :
                                                             :   ECF CASE
                              Plaintiff,                     :   Case No. 12 CR 125 (JSR)
                                                             :
            vs.                                              :
                                                             :
DOUG WHITMAN,                                                :
                                                             :
                              Defendant.                     :
                                                             :
------------------------------------------------------------ X

### NOTICE OF DEFENDANT DOUGLAS F. WHITMAN'S MOTION TO DISMISS

PLEASE TAKE NOTICE that the undersigned, on behalf of defendant Douglas F. Whitman, will move this Court before the Honorable Jed S. Rakoff, at the United States Courthouse for the Southern District of New York, 500 Pearl Street, New York, New York, at 10:00 a.m. on May 31, 2012, for an order, pursuant to Federal Rule of Criminal Procedure 12(b), to dismiss the indictment. The grounds for this motion are more fully set forth in the accompanying Memorandum of Law.

Dated:  San Francisco, California         Respectfully submitted,
        April 13, 2012

                                          s/ David L. Anderson

                                          David L. Anderson
                                          (dlanderson@sidley.com)
                                          (Admitted *pro hac vice*)
                                          SIDLEY AUSTIN LLP
                                          555 California Street
                                          San Francisco, CA
                                          (415) 772-1200
                                          (415) 772-7400 (fax)

NY1 8123985v.1

David M. Rody
(drody@sidley.com)
SIDLEY AUSTIN LLP
787 Seventh Avenue
New York, New York 10019
(212) 839-5300
(212) 839-5599 (fax)

Bradford A. Berenson
(bberenson@sidley.com)
(Admission *pro hac vice* pending)
SIDLEY AUSTIN LLP
1501 K Street, N.W.
Washington, D.C. 20005
(202) 736-8000
(202) 736-8711 (fax)

*Attorneys for Douglas F. Whitman*

## CERTIFICATE OF SERVICE

I hereby certify that I caused a true and correct copy of the foregoing Notice of Motion to Dismiss and the accompanying Memorandum of Law to be served on April 13, 2012 via ECF filing notification on the following counsel of record:

Jillian Berman
Christopher LaVigne
United States Attorney's Office
Southern District of New York
One Saint Andrew's Plaza
New York, NY 10007

|  |  |
|---|---|
| Dated:  San Francisco, California<br>April 13, 2012 | Respectfully submitted,<br><br> /s David L. Anderson<br>_____<br>David L. Anderson<br>(Admitted *pro hac vice*)<br>SIDLEY AUSTIN LLP<br>555 California Street<br>San Francisco, CA<br>(415) 772-1200<br>(415) 772-7400 (fax)<br><br>*Attorneys for Douglas F. Whitman* |