REDACTED FOR PUBLIC FILING

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------- X

UNITED STATES OF AMERICA,

                Plaintiff,

vs.

DOUG WHITMAN,

                Defendant.

------------------------------------------------------------- X

: ECF CASE
: Case No. 12 CR 125 (JSR)

**NOTICE OF DEFENDANT DOUGLAS F. WHITMAN'S
MOTION TO SUPPRESS EVIDENCE OBTAINED
THROUGH WIRETAPS ON [REDACTED] TELEPHONES**

PLEASE TAKE NOTICE that the undersigned, on behalf of defendant Douglas F. Whitman, will move this Court before the Honorable Jed S. Rakoff, at the United States Courthouse for the Southern District of New York, 500 Pearl Street, New York, New York, at 10:00 a.m. on May 31, 2012, for an order, pursuant to 18 U.S.C. § 2515, to suppress conversations intercepted by the government through wiretaps of [REDACTED] telephones. The grounds for this motion are more fully set forth in the accompanying Memorandum of Law.

Dated: San Francisco, CA
         April 13, 2012

Respectfully submitted,

s/ David L. Anderson
_____

David L. Anderson
(dlanderson@sidley.com)
(Admitted *pro hac vice*)
SIDLEY AUSTIN LLP
555 California Street
San Francisco, CA
(415) 772-1200
(415) 772-7400 (fax)

NY1 8124858v.1

David M. Rody
(drody@sidley.com)
SIDLEY AUSTIN LLP
787 Seventh Avenue
New York, New York 10019
(212) 839-5300
(212) 839-5599 (fax)

Bradford A. Berenson
(bberenson@sidley.com)
(Admission *pro hac vice* pending)
SIDLEY AUSTIN LLP
1501 K Street, N.W.
Washington, D.C. 20005
(202) 736-8000
(202) 736-8711 (fax)

*Attorneys for Douglas F. Whitman*

**REDACTED FOR PUBLIC FILING**

## CERTIFICATE OF SERVICE

I hereby certify that I caused a true and correct copy of the foregoing Notice of Motion to Suppress Evidence Obtained Through Wiretaps on ▮▮▮▮▮ Telephones and the accompanying Memorandum of Law to be served on April 13, 2012 via ECF filing notification on the following counsel of record:

Jillian Berman
Christopher LaVigne
United States Attorney's Office
Southern District of New York
One Saint Andrew's Plaza
New York, NY 10007

Dated: San Francisco, CA
April 13, 2012

Respectfully submitted,

/s David L. Anderson
_____
David L. Anderson
(Admitted *pro hac vice*)
SIDLEY AUSTIN LLP
555 California Street
San Francisco, CA
(415) 772-1200
(415) 772-7400 (fax)

*Attorneys for Douglas F. Whitman*

NY1 8124858v.1