UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------ X
                                                             :
UNITED STATES OF AMERICA,                                    :
                                                             :  ECF CASE
                         Plaintiff,                          :  12 Cr. 125 (JSR)
                                                             :
            vs.                                              :
                                                             :
DOUG WHITMAN,                                                :
                                                             :
                         Defendant.                          :
                                                             :
------------------------------------------------------------ X

## NOTICE OF DEFENDANT DOUGLAS F. WHITMAN'S MOTION IN LIMINE TO EXCLUDE CERTAIN AUDIO RECORDINGS

**PLEASE TAKE NOTICE** that the undersigned, on behalf of defendant Douglas F. Whitman, will move this Court before the Honorable Jed S. Rakoff, at the United States Courthouse for the Southern District of New York, 500 Pearl Street, New York, New York, at 5:30 p.m. on July 25, 2012, for an order, pursuant to Federal Rules of Evidence 402, 403, and 404(b), excluding certain audio recordings. The grounds for this motion are more fully set forth in the accompanying Memorandum of Law.

**PLEASE TAKE FURTHER NOTICE** that the Government shall serve and file any opposition papers on or before July 23, 2012.

Dated:  July 16, 2012

Respectfully submitted,

 s/ David L. Anderson
_____

David L. Anderson
(dlanderson@sidley.com)
(Admitted *pro hac vice*)
SIDLEY AUSTIN LLP
555 California Street
San Francisco, CA
(415) 772-1200
(415) 772-7400 (fax)

David M. Rody
(drody@sidley.com)
SIDLEY AUSTIN LLP
787 Seventh Avenue
New York, New York 10019
(212) 839-5300
(212) 839-5599 (fax)

Bradford A. Berenson
(bberenson@sidley.com)
(Admitted *pro hac vice*)
SIDLEY AUSTIN LLP
1501 K Street, N.W.
Washington, D.C. 20005
(202) 736-8000
(202) 736-8711 (fax)

*Attorneys for Douglas F. Whitman*

## CERTIFICATE OF SERVICE

I hereby certify that on this 16th day of July, 2012, I caused a true and correct copy of (1) Notice of Defendant Douglas F. Whitman's Motion in Limine to Exclude Certain Audio Recordings; (2) Memorandum of Law in Support of Defendant Douglas F. Whitman's Motion in Limine to Exclude Certain Audio Recordings; and (3) a Declaration of David L. Anderson in Support of Defendant Douglas F. Whitman's Motion in Limine to Exclude Certain Audio Recordings, and accompanying exhibits; to be served via ECF filing notification on the following counsel of record:

> Jillian Berman, AUSA
> Christopher LaVigne, AUSA
> United States Attorney's Office
> Southern District of New York
> One Saint Andrew's Plaza
> New York, NY 10007

Dated:  July 16, 2012                          /s/ David L. Anderson
                                               _____
                                               David L. Anderson
                                               (dlanderson@sidley.com)
                                               (Admitted *pro hac vice*)
                                               SIDLEY AUSTIN LLP
                                               555 California Street
                                               San Francisco, CA
                                               (415) 772-1200
                                               (415) 772-7400 (fax)

                                               *Attorneys for Douglas F. Whitman*