UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------ X
                                                                                           :

UNITED STATES OF AMERICA,        :
                                                       :   ECF CASE
                Plaintiff,              :   12 Cr. 125 (JSR)
                                                       :
            vs.                          :
                                                       :
DOUG WHITMAN,                    :
                                                       :
                  Defendant.           :
                                                       :
------------------------------------------------------------ X

## RESPONSE OF DEFENDANT DOUGLAS F. WHITMAN TO THE GOVERNMENT'S MOTION TO INTRODUCE PROFFER STATEMENTS

David L. Anderson
(Admitted *pro hac vice*)
SIDLEY AUSTIN LLP
555 California Street
San Francisco, CA
(415) 772-1200
(415) 772-7400 (fax)

David M. Rody
SIDLEY AUSTIN LLP
787 Seventh Avenue
New York, New York 10019
(212) 839-5300
(212) 839-5599 (fax)

Bradford A. Berenson
(Admitted *pro hac vice* )
SIDLEY AUSTIN LLP
1501 K Street, N.W.
Washington, D.C. 20005
(202) 736-8000
(202) 736-8711 (fax)

*Attorneys for Douglas F. Whitman*

## TABLE OF AUTHORITIES

**Page(s)**

**CASES**

*United States v. Duffy*,
 133 F. Supp. 2d 213 (E.D.N.Y. 2001) ....................................................................................1

*United States v. Velez*,
 354 F.3d 190 (2d Cir. 2004)....................................................................................................1

The government has moved under *United States v. Velez*, 354 F.3d 190 (2d Cir. 2004), to introduce at trial statements made by Mr. Whitman at proffer sessions on December 16 and 17, 2010, "should [Mr.] Whitman or [his] counsel make arguments to the contrary." Gov. Mot. To Introduce Proffer Statements, Dkt. No. 63 (July 16, 2012). Under the governing law in this circuit,[1] Mr. Whitman does not dispute that, to the extent he presents evidence or arguments that are contrary to Mr. Whitman's statements in those proffer sessions, the government may introduce those statements for purposes of rebuttal. However, Mr. Whitman reserves the right during trial to oppose admission of the proffer statements on the ground that the evidence and arguments he has presented are not in fact contrary to those statements, or on any other applicable ground.

In particular, Mr. Whitman has not "opened the door" to the use of his proffer by refusing to accept a plea and maintaining his innocence. The proffer contained no admission whatsoever by Mr. Whitman that he was guilty of a crime, nor did it contain evidence independently sufficient to support that conclusion. The defense therefore will object to any use of the proffer by the prosecution unless and until the defense contradicts a fact admitted by Mr. Whitman in that proffer session. We anticipate that no such thing will occur at trial: Mr. Whitman told the truth at his proffer, and the truth here is that he is not guilty of the crimes with which he has been charged.

---

[1] The defense contends that *United States v. Velez* was wrongly decided and is contrary to Federal Rule of Criminal Procedure 11(f) and Federal Rule of Evidence 410, and violates Mr. Whitman's Sixth Amendment right to present a defense and to have the effective assistance of counsel. *See United States v. Duffy*, 133 F. Supp. 2d 213 (E.D.N.Y. 2001), *declined to follow by Velez*, 354 F.3d at 195. Mr. Whitman hereby preserves that argument for any eventual appellate review.

Dated:  July 23, 2012

Respectfully submitted,

/s/ David L. Anderson

_____

David L. Anderson
(dlanderson@sidley.com)
(Admitted pro hac vice)
SIDLEY AUSTIN LLP
555 California Street
San Francisco, CA
(415) 772-1200
(415) 772-7400 (fax)

David M. Rody
(drody@sidley.com)
SIDLEY AUSTIN LLP
787 Seventh Avenue
New York, New York 10019
(212) 839-5300
(212) 839-5599 (fax)

Bradford A. Berenson
(bberenson@sidley.com)
(Admitted pro hac vice)
SIDLEY AUSTIN LLP
1501 K Street, N.W.
Washington, D.C. 20005
(202) 736-8000
(202) 736-8711 (fax)

*Attorneys for Douglas F. Whitman*

**CERTIFICATE OF SERVICE**

      I hereby certify that on this 23rd day of July, 2012, I caused a true and correct copy of the Response of Defendant Douglas F. Whitman's to the Government's Motion to Introduce Proffer Statements to be served via ECF filing notification on the following counsel of record:

    Jillian Berman, AUSA
    Christopher LaVigne, AUSA
    United States Attorney's Office
    Southern District of New York
    One Saint Andrew's Plaza
    New York, NY 10007

Dated:  July 23, 2012　　　　　　　　　　/s/ David L. Anderson
                                                               David L. Anderson
                                                               (dlanderson@sidley.com)
                                                               (Admitted *pro hac vice*)
                                                               SIDLEY AUSTIN LLP
                                                               555 California Street
                                                               San Francisco, CA
                                                               (415) 772-1200
                                                               (415) 772-7400 (fax)

                                                               *Attorneys for Douglas F. Whitman*