```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------ x
UNITED STATES OF AMERICA,            :
                                     :
              -v-                    :        12 CR. 125(JSR)
                                     :
DOUG WHITMAN,                        :           ORDER
                                     :
              Defendant.             :
------------------------------------ x
```

JED S. RAKOFF, U.S.D.J.

With the consent of the parties, the Clerk of the Court is hereby directed to remove document number 70 from the docket of this case, which defendant filed in unredacted form in error.

SO ORDERED.

_____
JED S. RAKOFF, U.S.D.J.

Dated: New York, New York
       July 25, 2012