UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------- X
                                                               :
UNITED STATES OF AMERICA,                                      :
                                                               :   ECF CASE
                    Plaintiff,                                 :   12 Cr. 125 (JSR)
                                                               :
            vs.                                                :
                                                               :
DOUG WHITMAN,                                                  :
                                                               :
                    Defendant.                                 :
                                                               :
-------------------------------------------------------------- X

**DECLARATION OF DAVID L. ANDERSON IN SUPPORT OF DEFENDANT DOUGLAS F. WHITMAN'S RESPONSE TO THE GOVERNMENT'S MOTION TO PRECLUDE CERTAIN EXPERT TESTIMONY**

David L. Anderson, pursuant to 28 U.S.C. § 1746, declares as follows:

1.      I am a partner at Sidley Austin LLP, attorneys for defendant Douglas F. Whitman, and respectfully submit this declaration in support of Mr. Whitman's Response to the Government's Motion to Preclude Certain Expert Testimony for the sole purpose of providing the Court with true copies of documents relevant to the disposition of that motion.

2.      Attached as Exhibit A is a true copy of a letter from Bradford A. Berenson to Christopher LaVigne, dated July 16, 2012.

3.      Attached as Exhibit B is a true copy of a trial exhibit prepared by defense expert Michael G. Mayer.

I declare under penalty of perjury that the foregoing is true and correct.

Dated: July 30, 2012                    /s/ David L. Anderson
                                        _____
                                        David L. Anderson
                                        (dlanderson@sidley.com)
                                        (Admitted *pro hac vice*)
                                        SIDLEY AUSTIN LLP
                                        555 California Street
                                        San Francisco, CA
                                        (415) 772-1200
                                        (415) 772-7400 (fax)

                                        *Attorneys for Douglas F. Whitman*