Criminal Notice of Appeal - Form A

# NOTICE OF APPEAL

**United States District Court**

Southern District of New York

*U.S. DISTRICT COURT FILED FEB 0 6 2013 D.S. S.D. OF N.Y.*

Caption:
United States of America, v.

Doug Whitman

Docket No.: 12 Cr. 125 (JSR) (ECF CASE)
Hon. Jed S. Rakoff
(District Court Judge)

Notice is hereby given that __Douglas F. Whitman__ appeals to the United States Court of Appeals for the Second Circuit from the judgment ✓, other _____ (specify)

entered in this action on __January 29, 2013__.
(date)

This appeal concerns: Conviction only |___|   Sentence only |___|   Conviction & Sentence |✓|   Other |___|

Defendant found guilty by plea |___|   | trial |✓|   | N/A |___|

Offense occurred after November 1, 1987?   Yes |✓|   No |___|   N/A |___|

Date of sentence: __January 24, 2013__   N/A |___|

Bail/Jail Disposition: Committed |___|   Not committed |✓|   N/A |___|

Appellant is represented by counsel? Yes ✓ | No |   | If yes, provide the following information:

| | |
|---|---|
| Defendant's Counsel: | David M. Rody |
| Counsel's Address: | Sidley Austin LLP |
| | 787 Seventh Avenue, New York, New York 10019 |
| Counsel's Phone: | (212) 839-5300 |
| Assistant U.S. Attorney: | Christopher LaVigne; Jillian Berman |
| AUSA's Address: | 1 St. Andrews Plaza |
| | New York City, NY 10007 |
| AUSA's Phone: | (212) 637-2325; (212) 637-2197 |

_____
Signature

## CERTIFICATE OF SERVICE

I hereby certify that on this 6th day of February, 2013, I caused a true and correct copy of Defendant Douglas F. Whitman's Notice of Appeal to be served by U.S. mail on the following counsel of record:

Jillian Berman, AUSA
Christopher LaVigne, AUSA
United States Attorney's Office
Southern District of New York
One Saint Andrew's Plaza
New York, NY 10007

Dated: February 6, 2013

Michael D. Mann
(mdmann@sidley.com)
SIDLEY AUSTIN LLP
787 Seventh Avenue
New York, New York 10019
(212) 839-5300
(212) 839-5599 (fax)
*Attorney for Douglas F. Whitman*