

| SIDLEY AUSTIN LLP | | |
|---|---|---|
| SIDLEY AUSTIN LLP | BEIJING | NEW YORK |
| 787 SEVENTH AVENUE | BRUSSELS | PALO ALTO |
| NEW YORK, NY 10019 | CHICAGO | SAN FRANCISCO |
| (212) 839 5300 | DALLAS | SHANGHAI |
| (212) 839 5599 FAX | FRANKFURT | SINGAPORE |
| | GENEVA | SYDNEY |
| | HONG KONG | TOKYO |
| | LONDON | WASHINGTON, D.C. |
| | LOS ANGELES | |
| drody@sidley.com | | |
| (212) 839 5951 | FOUNDED 1866 | |

April 4, 2013

**BY ELECTRONIC MAIL**

Honorable Jed S. Rakoff
United States District Judge
Southern District of New York
United States Courthouse
500 Pearl Street, Room 1340
New York, NY 10007

[stamp, partially illegible:]
COPY NY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _____

Re:     **United States v. Doug Whitman, 12 Cr. 125 (JSR)**

Dear Judge Rakoff:

Pursuant to a joint telephone conference by the parties with Your Honor's chambers, and without objection from the Government, the defense writes respectfully to request a modification of the terms of release for defendant Douglas F. Whitman, so that Mr. Whitman may travel with his daughter to visit several colleges on the East Coast and in California, from April 13 through April 21, 2013. Specifically, the defense requests that Mr. Whitman's travel restrictions be extended to the District of Massachusetts, the District of New Hampshire, the District of Connecticut, the District of Rhode Island, the Northern District of New York, the Middle District of California, and the District of Columbia from April 13 through April 21, so that he may accompany his daughter. During the trip, Mr. Whitman and his daughter may also visit his stepmother in the Eastern District of Pennsylvania, which was previously included within Mr. Whitman's approved travel restrictions. Mr. Whitman's Pretrial Services Officer in the Northern District of California, Josh Libby, does not oppose Mr. Whitman's travel as set forth above. Thank you for your consideration of this request.

Respectfully submitted,

David M. Rody

cc:     Jillian Berman, AUSA
       Josh Libby, Pretrial Services Officer

Sidley Austin (NY) LLP is a Delaware limited liability partnership doing business as Sidley Austin LLP and practicing in affiliation with other Sidley Austin partnerships.

SO ORDERED
[signature]
USDJ
4-8-13