

| | | |
|---|---|---|
| SIDLEY AUSTIN LLP<br>787 SEVENTH AVENUE<br>NEW YORK, NY 10019<br>(212) 839 5300<br>(212) 839 5599 FAX | BEIJING<br>BRUSSELS<br>CHICAGO<br>DALLAS<br>FRANKFURT<br>GENEVA<br>HONG KONG<br>LONDON<br>LOS ANGELES | NEW YORK<br>PALO ALTO<br>SAN FRANCISCO<br>SHANGHAI<br>SINGAPORE<br>SYDNEY<br>TOKYO<br>WASHINGTON, D.C. |
| drody@sidley.com<br>(212) 839 5951 | FOUNDED 1866 | |



April 11, 2013

**BY ELECTRONIC MAIL**

Honorable Jed S. Rakoff
United States District Judge
Southern District of New York
United States Courthouse
500 Pearl Street, Room 1340
New York, NY 10007

      Re:    **United States v. Doug Whitman, 12 Cr. 125 (JSR)**

Dear Judge Rakoff:

      Pursuant to a joint telephone conference by the parties with Your Honor's chambers, and without objection from the Government, the defense respectfully makes this supplemental request to further modify Mr. Whitman's terms of release during the period of April 13 to April 21, 2013, so that he may travel with his daughter to visit an additional college, in Virginia. Specifically, we request that Mr. Whitman's travel restrictions be extended to include the Eastern and Western Districts of Virginia, to accommodate a flight into the state and travel to the college for Mr. Whitman and his daughter. Again, Mr. Whitman's Pretrial Services Officer in the Northern District of California does not oppose Mr. Whitman's travel as set forth above.

      Thank you for your consideration of this request.

                            Respectfully submitted,

                            David M. Rody

cc:    Jillian Berman, AUSA
       Josh Libby, Pretrial Services Officer

SO ORDERED
USDJ 4-13-13

Sidley Austin (NY) LLP is a Delaware limited liability partnership doing business as Sidley Austin LLP and practicing in affiliation with other Sidley Austin partnerships.