```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------x
UNITED STATES OF AMERICA          :
              -v.-                : ORDER
DOUG WHITMAN,                     : 12 Cr. 125 (JSR)
         Defendant.               :
----------------------------------x
```

For the reasons set forth in the accompanying Stipulation entered into by the parties, it is hereby ORDERED that the conditions of release for defendant Doug Whitman be and are modified so as to permanently extend his permissible travel limits to include the Central, Eastern, and Southern Districts of California.

Dated: New York, New York
       12/23/13

HON. JED S. RAKOFF
United States District Judge

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------x
UNITED STATES OF AMERICA            :

        -v.-                        : **STIPULATION**

DOUG WHITMAN,                       : 12 Cr. 125 (JSR)

        Defendant.                  :
----------------------------------x

    WHEREAS, Mr. Whitman has been under conditions of release since his arrest on February 10, 2012, which conditions were continued by this Court on January 24, 2013, through the resolution of Mr. Whitman's appeal;

    WHEREAS, Mr. Whitman's conditions of release include travel restrictions that currently permit him to travel within the following districts: the Southern District of New York, the Northern District of California, the District of New Jersey, the Eastern District of Pennsylvania, the District of Idaho, and the District of Utah;

    WHEREAS, Mr. Whitman requests a modification of his conditions of release so as to permanently extend his permissible travel limits to include the Central, Eastern, and Southern Districts of California, for the purpose of taking multiple trips throughout the State of California over the next few months without burdening this Court with repeated travel modification requests for each trip;

    WHEREAS, neither the Government nor Mr. Whitman's Pretrial Services Officer in the Northern District of California oppose the requested modification of travel restrictions; therefore

IT IS HEREBY STIPULATED AND AGREED by and between the United States of America, by Preet Bharara, United States Attorney, Anjan Sahni, Assistant United States Attorney, of counsel, and DOUG WHITMAN, the defendant, by and through his counsel, David M. Rody, Esq., that Mr. Whitman's conditions of release be and are modified so as to permanently extend his permissible travel limits to include the Central, Eastern, and Southern Districts of California.

Dated: New York, New York
December 19, 2013

PREET BHARARA
United States Attorney for the
Southern District of New York

By: _____
Anjan Sahni
Assistant United States Attorney

_____
David M. Rody, Esq.
Attorney for Defendant
DOUG WHITMAN

2

IT IS HEREBY STIPULATED AND AGREED by and between the United States of America, by Preet Bharara, United States Attorney, Anjan Sahni, Assistant United States Attorney, of counsel, and DOUG WHITMAN, the defendant, by and through his counsel, David M. Rody, Esq., that Mr. Whitman's conditions of release be and are modified so as to permanently extend his permissible travel limits to include the Central, Eastern, and Southern Districts of California.

Dated: New York, New York
December 19, 2013

        PREET BHARARA
        United States Attorney for the
        Southern District of New York

By: _____
    Anjan Sahni
    Assistant United States Attorney


_____
David M. Rody, Esq.
Attorney for Defendant
DOUG WHITMAN