UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------x
UNITED STATES OF AMERICA           :

       - v. -                      :     ORDER

DOUG WHITMAN,                      :     12 Cr. 125 (JSR)

       Defendant.                  :
----------------------------------x

WHEREAS, in or about February 2012, as part of the conditions of his pretrial release in the above-captioned case, defendant Doug Whitman surrendered his United States Passport to the Pretrial Services Office in the Southern District of New York, AND

WHEREAS, on September 3, 2014, Mr. Whitman surrendered to the Bureau of Prisons at the United States Penitentiary Lompoc, Satellite Camp, in Lompoc, California, to begin serving his sentence,

IT IS HEREBY ORDERED that the Pretrial Services Office in the Southern District of New York shall provide Mr. Whitman's United States Passport to counsel for Mr. Whitman, David M. Rody, Esq., Sidley Austin LLP, or his designee.

Dated: New York, New York
      11/18/14

                              HON. JED S. RAKOFF
                              United States District Judge