UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------X
:
UNITED STATES OF AMERICA            :
:
          v.                        :   No. 12 Cr. 125 (JSR)
:
DOUG WHITMAN, et al.,               :
:   **NOTICE OF MOTION**
          Defendants.               :
:
------------------------------------X

     PLEASE TAKE NOTICE that, upon the accompanying Memorandum of Law and the Declaration of Alexandra A.E. Shapiro, defendant Douglas Whitman hereby moves this Court, before the Honorable Jed S. Rakoff, United States District Judge for the Southern District of New York, pursuant to 28 U.S.C. § 2255 for an order vacating his conviction and sentence, and awarding such other and further relief as the Court deems just and proper.  The Court previously set April 15, 2015 as the deadline for the government's response, and April 22, 2015 as the deadline for Mr. Whitman's reply.

Dated: New York, New York
       March 25, 2015

Respectfully submitted,

By:   s/ Alexandra A.E. Shapiro
      Alexandra A.E. Shapiro

SHAPIRO ARATO LLP
500 Fifth Avenue, 40th Floor
New York, New York 10110
Telephone: (212) 257-4880
Facsimile: (212) 202-6417
ashapiro@shapiroarato.com

Dennis P. Riordan *(pro hac vice)*
RIORDAN & HORGAN
523 Octavia Street
San Francisco, CA 94102
Telephone: (415) 431-3472
Fax: (415) 552-2703
dennis@riordan-horgan.com

Theodore Sampsell-Jones *(pro hac vice pending)*
WILLAM MITCHELL COLLEGE OF LAW
875 Summit Ave.
St. Paul, MN 55105
Telephone: (415) 846-5485
ted.sampselljones@wmitchell.edu

*Attorneys for Douglas Whitman*