```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------x
UNITED STATES OF AMERICA,               :
                                        :    12 Cr. 125 (JSR)
         -v-                            :
                                        :    ORDER
DOUG WHITMAN,                           :
                                        :
              Defendant.                :
----------------------------------------x
```

JED S. RAKOFF, U.S.D.J.

On March 25, 2015, defendant Douglas Whitman moved pursuant to 28 U.S.C. § 2255 to set aside his conviction and sentence. See ECF Dkt. No. 182. At the time of Whitman's filing, no civil docket number was assigned to the motion, and the parties subsequently filed additional submissions and the Court issued two Orders. Accordingly, the Clerk is hereby directed to assign a civil docket number to Whitman's motion and to docket in that case ECF docket numbers 182 through 191.

SO ORDERED.

Dated:   New York, New York
         August 20, 2015                    _____
                                            JED S. RAKOFF, U.S.D.J.