# EXHIBIT A

*By the Grace of G-d*

## Chabad Reaching Out
### 383 Kingston Avenue Room 190
### Brooklyn, N.Y. 11213

718 771 0770 / 771 3866
Email: ro@jewishprisoner.com
www.Jewishprisoner.com

December 14, 2015
2 Teves, 5776

The Honorable Jed S. Rakoff
United States District Court
Southern District of New York

Dear Judge Rakoff,

Please allow us to introduce ourselves. We are the prison division for the largest Jewish organization, Chabad/Lubavitch and are in contact with all Jewish prisoners in the US. We help Jews and non-Jews. Please look us up at our website to learn more about who we are.

I am writing in support of Douglas Whitman's request for bail. Mr. Whitman has already served 15 months at the Federal Lompoc Correctional Institution, where he was a model prisoner. He currently is at a halfway house in San Francisco. His release on bail at this point would benefit his daughter, Katherine Whitman and stepmother, Aileen Whitman.



██████████████████████████████

While at Lompoc, Mr. Whitman worked as a town driver and ended up teaching entrepreneurship and GED classes. He was a model prisoner. He has done his time, and he has shown that he is neither a flight risk nor a threat to society. Granting Mr. Whitman bail at this point would be an act of compassion for his daughter.

May God grant you the wisdom in providing bail for Mr Whitman, and reward you for your act of kindness.

Respectfully,

Rabbi Shmuel Spritzer