S.D.N.Y.-N.Y.C.
15-cv-6635
Rakoff, J.

12-cr-0125-JSR)

# United States Court of Appeals
FOR THE
SECOND CIRCUIT

_____

At a stated term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 2nd day of February, two thousand sixteen.

Present:
    Barrington D. Parker,
    Denny Chin,
    Susan L. Carney,
        *Circuit Judges*.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: Feb. 02, 2016

_____

DOUG WHITMAN,

        *Petitioner-Appellant*,

v.                              15-2686

UNITED STATES OF AMERICA,

        *Defendant-Appellee*.

_____

Petitioner-Appellant moves for release pending appeal. Upon due consideration, it is hereby ORDERED that the motion is GRANTED.

                FOR THE COURT:
                Catherine O'Hagan Wolfe, Clerk

A True Copy
Catherine O'Hagan Wolfe, Clerk
United States Court of Appeals, Second Circuit

CERTIFIED COPY ISSUED ON 02/02/2016