```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 6/3/19
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------
UNITED STATES OF AMERICA

   -against-      12-cr-125 (JSR)

DOUG WHITMAN,      ORDER

    Defendant.
---------------------------------

JED S. RAKOFF, U.S.D.J.

  Defendant moves for reconsideration of the Court's Order granting in part and denying in part his motion for early termination of supervised release and modification of the conditions of supervised release. See ECF No. 204. The motion for reconsideration is granted to the extent of modifying the conditions of defendant's supervised release to permit defendant to travel to the District of Idaho.

  SO ORDERED.

Dated: New York, NY

    June 3, 2019        JED S. RAKOFF, U.S.D.J.